UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>COOPER SHERMAN,<br><br>                    Defendant. | CASE NO. **24-CR-186-3 JHC**<br><br>**DETENTION ORDER** |

    The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

    Defendant is charged conspiracy to distribute controlled substances, possession with intent to distribute and carrying a firearm during a drug trafficking offense. The government contends Defendant is a distributor in a large drug trafficking organization and the seriousnees of the charges cannot be overstated. While Defendant has ties to the community, he lacks a satisfactory residence to which he can be released and his father has declined to open his residence to the Defendant.  It appears Defendant has substance use issues. This case does not involve mere substance use but large scale trafficking. The government proffered Defendant's residence was searched by police in May. This did not stop or deter Defendant from continuing

DETENTION ORDER - 1

to traffic drugs. The Court finds Defendant has failed to overcome the presumption that he is a danger to the community and a flight risk and should be detained.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 4th day of November, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2